UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ROBERTO M. PADILLA and REYNA V. MORENO, husband and wife,

    Plaintiffs,

v.

PNC MORTGAGE; et al.,

    Defendants.

3:11-cv-0326-LRH-VPC

ORDER

    Before the court is defendant Cal-Western Reconveyance Corporation's ("CRC") joinder to defendants PNC Mortgage ("PNC") and Platinum First Mortgage, LP's ("Platinum") motion to dismiss (Doc. #14[1]). Doc. #24.

    On August 15, 2011, the court granted defendants PNC and Platinum's motion to dismiss. *See* Doc. #26. Accordingly, the court shall likewise grant CRC's joinder to that motion and dismiss CRC as a defendant in this action.

///

///

///

///

---

[1] Refers to the court's docket number.

1   IT IS THEREFORE ORDERED that defendant's joinder (Doc. #24) is GRANTED.
2   Defendant Cal-Western Reconveyance Corporation is DISMISSED as a defendant in this action.
3   IT IS SO ORDERED.
4   DATED this 22nd day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE